# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

July 2, 2025

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Corey Hall*
25 Mag. 135

Dear Judge Krause:

This is an unopposed application to modify the bail conditions previously imposed for Corey Hall substituting stand alone GPS monitoring for, or instead of, home detention.

On February 14, 2025, and in the Court's February 20, 2025 order, it released Mr. Hall subject to the standard conditions of release plus $100,000 unsecured bond co-signed by two financially responsible persons, home detention, electronic monitoring, and submitting to testing for prohibited substance.

Yesterday, Pretrial Services Officer Cosme notified the parties that Mr. Hall was in compliance with his conditions. She wrote that Mr. Hall has maintained employment at a job that he held for years prior to his arrest in this case. At times, his employer asks him to work overtime hours. However, being on home detention limits his ability to work extended hours. Based on his sustained compliance, Pretrial recommended that he be placed on "stand alone GPS monitoring" to allow him to work overnight hours, if needed, while still continuing to be monitored via the ankle bracelet.

The government does not oppose this application.

Very truly yours,

/s/ Richard D. Willstatter
RICHARD D. WILLSTATTER

SO ORDERED.

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge

APPLICATION GRANTED. Mr. Hall's location monitoring program is hereby modified from home detention to stand-alone GPS monitoring. All other bond conditions remain the same.

Dated: July 2, 2025